■ In the Matter of LESLIE LUBIN, Appellant, v GORDON M. AMBACH, as Commissioner of Education of the State of New York, et al., Respondents.

Kane, J. P., Main, Casey, Yesawich, Jr., and Harvey, JJ., concur.